**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00635-LTB-KMT

SYLVIA RODRIGUEZ and
EUSTAQUIO "JAVIER" GARCIA, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

ALICIA CORBAN and
MARIO MERCADO, d/b/a ALICIA'S CLEANING SERVICE,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Upon Defendants' Response (Doc 9 - filed June 17, 2011), Plaintiffs' Motion to File First Amended Complaint (Doc 6 - filed June 3, 2011) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.

Dated:   June 21, 2011
_____