**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00635-LTB

SYLVIA RODRIGUEZ and
EUSTAQUIO "JAVIER" GARCIA, on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

ALICIA CORBAN and
MARIO MERCADA, d/b/a ALICIA'S CLEANING SERVICE,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiffs' Rule 41 Notice of Dismissal (Doc 13 - filed July 25, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   July 26, 2011